**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Rodrickus Antonio JAMISON,
Defendant—Appellant.**

**No. 08–6565.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 14, 2008.

Decided: Aug. 20, 2008.

Rodrickus Antonio Jamison, Appellant Pro Se. Ronald Andrew Bassford, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before MICHAEL, Circuit Judge, and WILKINS and HAMILTON, Senior Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rodrickus Antonio Jamison appeals the district court's order denying his 18 U.S.C. § 3582 motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United Stats v. Jamison,* No. 4:05–cr–00025–jlk–mfu (W.D.Va. Apr. 1, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in

the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*